# United States District Court

District of Utah, Central Division

Alecia Willardson,

        Plaintiff,                  **JUDGMENT IN A CIVIL CASE**

        v.

Kilolo Kijakazi,                           Case Number: 2:23-cv-42-DBP
Commissioner of Social Security,

        Defendant.

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for a new decision. This case is closed.

Dated: August 30, 2023.                 By the Court:

                                                Dustin B. Pead
                                                United States Magistrate Judge